Jacob R. Rusch
jrusch@johnsonbecker.com
Timothy J. Becker
tbecker@johnsonbecker.com
Zackary S. Kaylor
zkaylor@johnsonbecker.com
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801

*Trial Counsel for Plaintiffs*

(Additional Counsel Listed on Signature Page)

Michael J. Nader
michael.nader@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Capital Mall, Suite 2500
Sacramento, CA 95814
Telephone:    916-840-3151
Facsimile:    916-840-3159

Mekesha H. Montgomery
mmontgomery@fbtlaw.com
FROST BROWN TODD LLC
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
Telephone: (615) 251-5550
Fax: (615) 251-5551

Neal Shah, Bar NO. 0082672
nshah@fbtlaw.com
FROST BROWN TODD LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45242
Telephone: (513) 651-6741
Fax: (513) 651-6981

Attorneys for Defendant
CONCENTRIX SERVICES US, INC.,
incorrectly named as CONCENTRIX
CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

**JOINT MOTION TO APPROVE
SETTLEMENT.**

1

**CASE NO. 4:18-CV-07101-KAW**

1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

3

4

JACQLYN KNIGHT, AQUANETTA WRIGHT
LAPRINCESS JUNE, ELIZABETH SHUMAN,
DENISE JOHNSON, and TAMIKA WHITTEN
individually, and on behalf of other similarly-
situated individuals,

5

6

Plaintiffs,

7

v.

8

9

CONCENTRIX SERVICES US, INC., a wholly-
owned subsidiary of SYNNEX
CORPORATION,

Defendant,

10

Case No.: 4:18-cv-07101-KAW

*Assigned for all purposes to the Honorable
Magistrate Judge Kandis A. Westmore*

**JOINT MOTION TO APPROVE
SETTLEMENT**

11

12

13

14

15

16

PLEASE TAKE NOTICE that Named Plaintiffs Jacqlyn Knight and Aquanetta Wright, and the 1,853 other employees who opted-in to the Fair Labor Standards Act ("FLSA") collective action (collectively "Plaintiffs") and Defendant Concentrix Services US, Inc. ("Concentrix" or "Defendant") will move this Court for an Order granting the parties' Joint Motion to Approve Settlement. A motion to approve an FLSA settlement does not require a fairness hearing and the parties have not requested a hearing date.

17

18

19

20

21

22

Plaintiffs worked for Defendant in call centers nationwide. Plaintiffs allege that they performed work without compensation in violation of the FLSA. Defendant denies liability. After four years of litigation, the parties have reached a settlement on behalf of the FLSA Collective, which the parties believe to be fair, adequate, reasonable, and within the range of possible final approval. The parties seek Court approval of their FLSA settlement totaling $1,550,000.00, including attorneys' fees and costs. *See* Settlement Agreement, attached to the Memorandum in

**JOINT MOTION TO APPROVE
SETTLEMENT.**

2

**CASE NO. 4:18-CV-07101-KAW**

1    Support as Exhibit A. In support of this Motion, the parties rely on the contemporaneously filed

2    Memorandum of Law in Support Plaintiffs' Motion to Approve Settlement Agreement and the

3    supporting documentation filed therewith.

4    Dated: December 15, 2022                          Respectfully Submitted,

5    By: */s/ Neal Shah*                               By: */s/ Jacob R. Rusch*
     Neal Shah, Bar NO. 0082672                        Jacob R. Rusch (MN Bar No. 391892)*
6    nshah@fbtlaw.com                                   Timothy J. Becker (MN Bar No. 256663)*
     FROST BROWN TODD LLC                               Zackary S. Kaylor (MN Bar No. 0400854)*
7    3300 Great American Tower                          **JOHNSONBECKER, PLLC**
     301 East Fourth Street                             444 Cedar Street, Suite 1800
8    Cincinnati, OH 45242                               St. Paul, Minnesota 55101
     Telephone: (513) 651-6741                          Telephone: (612) 436-1800
9    Fax: (513) 651-6981                                Fax: (612) 436-1801
                                                        jrusch@johnsonbecker.com
10   Michael J. Nader                                   tbecker@johnsonbecker.com
     michael.nader@ogletree.com                         zkaylor@johnsonbecker.com
11   OGLETREE, DEAKINS, NASH,
     SMOAK & STEWART, P.C.                              *PHV Admitted
12   500 Capital Mall, Suite 2500
     Sacramento, CA 95814                               *Trial Counsel for Plaintiffs*
13   Telephone:    916-840-3151
     Facsimile:    916-840-3159                         Mark E. Burton, Jr., SBN 178400
14                                                      **AUDET & PARTNERS, LLP**
     Mekesha H. Montgomery                              711 Van Ness, Suite 500
15   mmontgomery@fbtlaw.com                             San Francisco, CA 94102-3229
     FROST BROWN TODD LLC                               Tel: 415.568.2555
16   The Pinnacle at Symphony Place                     Fax: 415.568.2556
     150 3rd Avenue South, Suite 1900                   mburton@audetlaw.com
17   Nashville, Tennessee 37201
     Telephone: (615) 251-5550
18   FAX: (615) 251-5551                                *Local Counsel for Plaintiffs*

19   Attorneys for Defendant
     CONCENTRIX SERVICES US, INC.,
20   incorrectly named as CONCENTRIX
     CORPORATION

21

22

---

**JOINT MOTION TO APPROVE**                3          **CASE NO. 4:18-CV-07101-KAW**
**SETTLEMENT.**

1

**<u>CERTIFICATE OF SERVICE</u>**

2

   I hereby certify that on December 15, 2022 a copy of the foregoing was filed electronically.

3

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system

4

and copies will be mailed via US Mail to those parties who are not served via the Court's electronic

5

filing system. Parties may access this filing through the Court's system.

6

                    /s/ *Jacob R. Rusch*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**JOINT MOTION TO APPROVE**     4      **CASE NO. 4:18-CV-07101-KAW**
**SETTLEMENT.**