| | |
|---|---|
| Jacob R. Rusch<br>Email: jrusch@johnsonbecker.com<br>Timothy J. Becker<br>Email: tbecker@johnsonbecker.com<br>JOHNSON BECKER, PLLC<br>444 Cedar Street, Suite 1800<br>St. Paul, Minnesota 55101<br>Telephone: (612) 436-1800<br>Fax: (612) 436-1801<br><br>*Trial Counsel for Plaintiffs*<br><br>(Additional Counsel Listed on Signature Page) | Michael J. Nader<br>michael.nader@ogletree.com<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>500 Capital Mall, Suite 2500<br>Sacramento, CA 95814<br>Telephone:    916-840-3151<br>Facsimile:    916-840-3159<br><br>Mekesha H. Montgomery<br>mmontgomery@fbtlaw.com<br>FROST BROWN TODD LLC<br>The Pinnacle at Symphony Place<br>150 3rd Avenue South, Suite 1900<br>Nashville, Tennessee 37201<br>Telephone: (615) 251-5550<br>Fax: (615) 251-5551<br><br>Neal Shah, Bar NO. 0082672<br>nshah@fbtlaw.com<br>FROST BROWN TODD LLC<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45242<br>Telephone: (513) 651-6741<br>Fax: (513) 651-6981<br><br>Attorneys for Defendant<br>CONCENTRIX SERVICES US, INC., incorrectly named as CONCENTRIX CORPORATION |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQLYN KNIGHT, AQUANETTA WRIGHT LAPRINCESS JUNE, ELIZABETH SHUMAN, DENISE JOHNSON, and TAMIKA WHITTEN individually, and on behalf of other similarly-situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CONCENTRIX SERVICES US, INC., a wholly-owned subsidiary of SYNNEX CORPORATION,<br><br>Defendant, | Case No.: 4:18-cv-07101-KAW<br><br>*Assigned for all purposes to the Honorable Magistrate Judge Kandis A. Westmore*<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Having reviewed the parties Joint Motion to Approve Settlement and the Parties Joint Stipulation of Dismissal, the Court hereby grants the parties Joint Stipulation and hereby ORDERS that the case is dismissed with prejudice, with each party bearing its own fees and costs as set forth in the Settlement Agreement, and directs the Parties to begin the Settlement Administration process pursuant to the Court-Approved Settlement Agreement.

IT IS SO ORDERED.

DATED: May 8, 2023

_____
Honorable Kandis A. Westmore
United States Magistrate Judge